May 22, 2015

Dear Judge Garaufis:

I am Sandra Wheelock the Mother of Haile Omari Cummings. I am writing you on behalf of my son, but before I can discuss Haile I must briefly tell you little bit about me. I am a single mother of three sons Haile being the youngest. I have worked in city government for more than 18 years and the last 15 years serving at the NYC Department of Education. I am a Personnel Officer in District 75 Human Resources unit. I graduated from the College of New Rochelle in 2005. I am strong minded, well spoken, great listener, analytical, and fair. Cooking is my favorite pass time and I do catering events in my spare time. We as a family spend a lot of time attending faith based events.

As parents we should have high hopes, good ideas, wishes, and positive expectations for our children. If I had known what I have grown to know now I believe life would have been better for us in positive way, but you live and you learn! Being fortunate enough to be raised in a household with two working parents my mother a nurse, and father a United States Postal worker for 30 + years. I often times reflect on my childhood and realized there are many challenges involved in parenting and from my experience it require the support of two parents. My parents always worked together in matters involving the children. We were not given the liberty to roam around this great city unsupervised, and someone was always watching us whether it be family, neighbors, and/or community folks. It's a new day!

When we finally arrived at this juncture in Haile's life as a parent I felt an overwhelming since of failure, shame, and embarrassment for myself, my family, as well as Haile. My mind was frozen I couldn't see past the indictment after I read it. It took about a year from the time he was detained to reconcile my thought process so that I could support him through this matter. I never shared this information with anyone from my place of work, or with the exception of a few dear friends that "I" have a son in federal prison. Based on my character no one would believe it! I proceeded with life without hesitation and to the best of my ability but it was not an easy challenge. Knowing your son has fallen victim to deviant behavior which could have cost him his entire life to the Federal Prison System is unsettling to think about daily.

Looking back I could think of a several contributing factors which may have led to Haile's downward spiral and I would like to point out two of them:

- Absent Father- at a very crucial age in Haile's life his father Mr. Avery Cummings was removed from this country by deportation in 2009 back to his native country of Guyana. Haile had a very close and loving relationship with his father. Avery always provided excellent parenting support for me, and we worked as a team which provided a solid foundation. The deportation of his father created somewhat of an internal power struggle in the home between me and the boys. The impact of this event had a negative effect on the family structure in terms of role and responsibilities, financially, and most importantly level of supervision decreased.

- Idle Mind/Peer Pressure- Haile is intelligent, caring, curious, quiet type but it didn't keep him from teaming up with others who wanted to indulge in deviant behavior. I continuously talked, and lectured, about life and being productive member of society, but at that time it seems like the external forces were against me. I tried to keep him motivated and focused on the right path. I switched school several times,

he worked for the NYC Department of Consumer Affairs for a number of his teen years, and summer youth employment. We took trips and exposed him to many positive experiences. Doing right, from wrong and spiritual faith was expressed to him from birth. Although moral, values, and principle have always been instilled in him he succumb to peer pressure and mental weakness. This is the old Haile that was!!! The son I've been having in depth conversations with about life for the past three years reflects on that time period in his life and realized he did make some bad choices he has definitely learned from.

Haile is ready to come back into society and live a productive rewarding life being that he has so much more to be thankful for. The outcome of the others who were apart of this indictment was not positive. But I feel it was very necessary for it to play out completely through trial as a "real", and "up close and personal" learning experience for Haile. I remind him often it could have been him getting the guilty verdict around 3/15, but thankfully he was smart about his decision making and has received great legal advice from his lawyer Ms. Seltzer. In life one has to do what's right for self!

Haile has decided to attend Barbering school in NYC. I have found a few Barbering programs for him to choose from that I will finance when he returns home. In light, of all the legal knowledge he has become very familiar with, and interacting with different people from many walks of life he has expressed an interest in the field of law and will be looking into a para legal program later on after his release. I am pleased about his new set of goals and I believe they are definitely reachable for him.

He has a strong support system to help him stay on the right path, family, friends (good ones) and church members. Haile has matured greatly over these past couple of years mentally, spiritually, and physically. Actually, around one year prior to his incarceration I noticed his persona changed, and he become distant from old friends, remained in the house a lot, and kept a low profile but little did we know the wheels of justice "Federal Indictment" were already in motion. My family and I are excited about the fact that he has developed the knowledge and tools to prevent taking a wrong turn in the future. As I have explained to him at this point in his life there is virtually no room for errors. We have learned that sentencing contain both components of retribution for society in the form of punishment but also the hope of rehabilitation for the defendant.

We all welcome the opportunity for our son to continue the positive progress he has made. I can assure you that his entire family is committed to his continued positive impact on the community. I have learned from so many people you are truly a judge who attempts to fashion each of your rulings in order to ensure that justice is served and I feel blessed for me and my family that you will be the one deciding my son's immediate future.

Thank You

Sandra Wheelock

Sandra Wheelock

To: Honorable Judge Garufis

My name is Haile Cummings and I Am A twenty-three year old young man. I Am writing In hopes you would take this letter into consideration. This is not an excuse, but a reason why I hope you could understand that I Am A completely different person then I was when I committed these crimes. your Honor, back when I committed these crimes I was a young kid, 16-17 year old, following the so called "cool kids" In the neighborhood. I can't really tell you why I joined the gang because I truly don't know, I was a kid and these were the kids I grew up with from A early age In Ebbets Field. I was never forced to do any of these crimes, It was my choice. A terrible choice and is something I will regret for the rest of my life. I'm living In A cell away from my friends, my family, and my home, I lost my freedom all because I was following the so called "cool kids". Please understand, I was a young teenager who thought like a child and I now see the error of my ways. I've now wasted 3 years of my life on a wrong choice. Those years were spent here in federal prison but I Am now proud to say that despite the awful things that brought me here sir, I have grown alot and Am a better man. I Am no longer the young punkish kid with A speech problem trying to fit In. I believed that being incarcerated has actually saved my life because I was headed down the wrong path fast. I won't make this letter too long because I know you have seen and heard so many come before you with the same story begging for mercy so I'll just

leave you with this sir, I was a young child when I committed these crimes, I have now grown to become a better more responsible man who now appreciates life and all It has to offer, If given another chance at It, I won't let you, my mother, my family or the the courts down. I have a plan for my future now and I Am eager to begin living my new life and become a decent part of society. Please take me and my life into consideration. I can and will become an even better person If given a chance. Thank you for even reading this letter, and please accept my apologies on behalf of you and your court. Thank you again.

[signature]